Nicole C. Hancock, ISB No. 6899
*nicole.hancock@stoel.com*
Tamara L. Boeck, ISB No. 8358
*tami.boeck@stoel.com*
Jennifer S. Palmer, ISB No. 11136
*jenny.palmer@stoel.com*
STOEL RIVES LLP
101 S Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Defendant/Counterclaimant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SELKEY BUHL, LLC, a Wisconsin limited liability company,<br><br>　　　　　　Plaintiff/Counterdefendant,<br><br>　v.<br><br>SENECA FOODS CORPORATION, a New York corporation,<br><br>　　　　　　Defendant/Counterclaimant. | Case No. 1:20-cv-00247-SRB<br><br>**OBJECTION TO PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY AND COUNTER-DESIGNATION OF DEPOSITION TESTIMONY** |

　　　　Pursuant to Fed. R. Civ. P. 32 and this Court's Amended Scheduling and Trial Order for Jury Trial dated May 12, 2021 (Dkt. 32), Defendant Seneca Foods Corporation ("Seneca" or "Defendant") hereby objects to Plaintiff's Designation of Deposition Testimony (ECF No. 46) filed January 19, 2022, on the following grounds.

1.　　Defendant objects to Plaintiff's deposition designations as not timely filed under this Court's Amended Scheduling and Trial Order.

2. Plaintiff did not identify the specific page and line numbers of the deposition testimony to be offered, so Seneca is unable to make specific evidentiary objections.

3. To the extent Plaintiff attempts to use just portions of the deposition testimony, Defendant objects and reserves the right to designate further sections to ensure that any deposition testimony submitted is not incomplete, biased, or out of context.

4. Plaintiff intends to offer live testimony from Bob Severa, Devin Ogden, and John Exner, so these deponents will be able to be examined and cross-examined through live testimony at trial.  As such, their deposition transcripts should not be admitted in evidence, but could be used to the extent necessary for impeachment or to refresh recollection (subject to any objections made during trial).

5. Defendant objects to using portions of the designated transcripts to the extent not allowed under F.R.C.P. 32 or to the extent they reflect evidence not admissible if the deponent were present and testifying at trial.

6. Defendant reserves the right to make any evidentiary objections to any and all of the deposition designations of Plaintiff, including foundation and authenticity objections to any documents Plaintiff tries to admit into evidence.

7. Defendant preserves and re-asserts all objections made on the record in each of the deposition transcripts designated by Plaintiff.

Defendant counter-designates the following deposition transcripts as evidence in the upcoming trial of this action.  Defendant reserves its right to introduce the deposition transcripts identified below to the extent the witness listed will not be testifying at the time of trial, or for any other allowable purpose.  Defendant further reserves its right to (1) elect not to admit any or all of

the designated excerpts, (2) supplement this list, and (3) offer deposition testimony for impeachment or rebuttal purposes.

**Defendant's Counter-Designation of Bob Severa deposition.** Defendant provides notice that it may introduce the complete deposition transcript of Bob Severa, previously designated by Plaintiff and subject to Defendant's objections above.

**Defendant's Counter-Designation of Devin Ogden deposition.** Defendant provides notice that it may introduce the complete deposition transcript of Devin Ogden, previously designated by Plaintiff and subject to Defendant's objections above.

**Defendant's Counter-Designation of John Exner deposition.** Defendant provides notice that it may introduce the complete deposition transcript of John Exner, previously designated by Plaintiff and subject to Defendant's objections above.

**Defendant's Counter-Designation of Ray Selk deposition.** Defendant provides notice that it may introduce the complete deposition transcript of Ray Selk, previously designated by Defendant.

**Defendant's Counter-Designation of Evan Roth deposition.** Defendant provides notice that it may introduce the complete deposition transcript of Evan Roth, previously designated by Defendant.

DATED:  January 25, 2022.

STOEL RIVES LLP

/s/ Nicole C. Hancock
Nicole C. Hancock
Tamara L. Boeck
Jennifer S. Palmer

Attorneys for Defendant/Counterclaimant

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2022, I served a copy of the foregoing **OBJECTION TO PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY AND COUNTER-DESIGNATION OF DEPOSITION TESTIMONY** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

David P. Claiborne – david@sawtoothlaw.com

Evan T. Roth – evan@sawtoothlaw.com

Katie L. Vandenberg – katiev@sawtoothlaw.com

*Attorney for Plaintiff*

/s/ Nicole C. Hancock
Nicole C. Hancock
Tamara L. Boeck
Jennifer S. Palmer