## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| SELKEY BUHL, LLC, | ) |
| | ) Case No. 1:20-cv-00247-SRB |
| vs. | ) |
| | ) |
| SENECA FOODS CORPORATION | ) |
| | ) |

## DEFENDANT'S EXHIBIT INDEX

| ✓ = offered and admitted w/o objection | Ltd = admitted for limited purposes |
|---|---|
| Ex = offered, but objected to and excluded | X = offered and admitted over objection |
| DB = admitted, de bene | NO = marked, but not offered |
| | WD = offered then withdrawn |

| Defendant's Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1001 | | | | Purchase and Sale Agreement, 8/3/2018, 31 pp., (SENECA000585-615) |
| 1002 | | | | Warranty Deed, 8/29/2018, 6 pp., (SENECA001437-42) |
| 1003 | | | | Bill of Sale signed by Aaron Girard of Seneca Foods, 2018, 6 pp., (SENECA000754-59) |
| 1004 | | | | Email from Evan Roth to John Exner re Seneca, 1/8/2019, 10 pp., (SENECA001142-51) |
| 1005 | | | | Amended Complaint and Demand for Jury Trial, 9/21/2020, 68 pp. |
| 1006 | | | | Email from Devin Ogden to Paul Palmby, Aaron Girard, and Bob Severa re Cedar Grove Counter – Buhl Idaho w/attached Revised Letter of Intent to purchase, 4/27/2018, 4 pp., (SENECA000257-60) |

Page # _____ I CERTIFY that I have this date_____ received from the Clerk, U.S. District Court, District of Idaho, the following numbered exhibits for which I will hold myself responsible:

_____    _____
Signature                                                      Name

*Case number: 1:20-cv-00247-SRB  Continuation*　　　　　　　　　　　　　　Page # 2

## DEFENDANT'S EXHIBIT INDEX

| Defendant's Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1007 | | | | Email from Devin Ogden to Paul Palmby, Aaron Girard, and Bob Severa re attached Cedar Grove revised offer #4, 4/30/2018, 4 pp., (SENECA000253-56) |
| 1008 | | | | Photos by Roth, 217 pp. (May 2018), (SB01707-1923) |
| 1009 | | | | Photos, 6 pp., (SENECA000991-93; SENECA000893-95) |
| 1010 | | | | Email string between Devin Ogden and Evan Roth re Selk, 6/6/2018, (SB00710) |
| 1011 | | | | Email from Devin Ogden to Evan Roth re attached Survey for Seneca Facility, 6/7/2018, 2 pp., (SB00713-14) |
| 1012 | | | | Email string among Evan Roth, Devin Ogden, Ray Selk, and John Exner re Selk, 6/12/2018, 3 pp., (SB00718-20) |
| 1013 | | | | Email from Evan Roth to Ray Selk, Devin Ogden, and John Exner re attached 6/12/18 letter to Seneca and Selk from Evan Roth, 6/12/2018, 3 pp., (SB000715-17) |
| 1014 | | | | Email from Devin Ogden to Evan Roth and Katie Vandenberg re attached Shared Fire Suppression System Agreement, etc., 6/15/2018, 18 pp., (SB000752-69) |
| 1015 | | | | Email from Evan Roth to John Exner; Devin Ogden, and Katie Vandenberg re attached PSA – Selkey Buhl LLC/Seneca, 6/25/2018, 23 pp., (SB01158-80) |
| 1016 | | | | Email string between Devin Ogden and Evan Roth re attached Bond Fee Letter, 6/27/2018, 15 pp., (SB00797-811) |
| 1017 | | | | Email from Evan Roth to Devin Ogden and John Exner re attached PSA – Selkey Buhl/Seneca, 7/6/2018, 24 pp., (SB01181-1204) |

113847958.5 0069269-00001

*Case number: 1:20-cv-00247-SRB  Continuation*  Page # 3
# DEFENDANT'S EXHIBIT INDEX

| Defendant's Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1018 | | | | Email string among Evan Roth, Ray Selk, Bob Severa, and Jodi Sommer et al. re Bryce Farris, 10/9/2018, 4 pp., (SB00670-73) |
| 1019 | | | | Email string among Jodi Sommer, Devin Ogden, Evan Roth, and Ray Selk re Update and To Do List: Buhl Facility Purchase, 7/25/2018, 5 pp., (SB00868-72) |
| 1020 | | | | Email string among Evan Roth, Paul Palmby, Jodi Sommer, and Ray Selk re attached PSA – Selkey/Seneca with comments, 3/2018, 32 pp., (SB01644-75) |
| 1021 | | | | Email from Bob Severa to Chris Bell re Electrical Split, 8/1/2018, (SENECA002021) |
| 1022 | | | | Email string among Devin Ogden, Paul Palmby, Ray Selk, Evan Roth, and Jodi Sommer re Buhl Closing – Update w/attached UCC Termination Seneca Foods, 8/17/2018, 10 pp., (SENECA000647-56) |
| 1023 | | | | Maps: Parcels 1, 2 & Buildings; 3 pp. |
| 1024 | | | | Email from Devin Ogden to Evan Roth and Ray Selk et al. re Buhl Update, 8/22/2018, (SENECA000734) |
| 1025 | | | | Email string among Karl Gesch, Evan Roth, and Nancy Petros re Electric/Gas Bills, 10/9/2018, 3 pp., (SB01274-76) |
| 1026 | | | | Email string between John Exner and Evan Roth re attached Idaho Power Spreadsheets, 11/14/2018, 6 pp., (IPC000145-50) |
| 1027 | | | | Email string between Chris Bell and Ray Selk re Electric Bill for Buhl Plant, 10/3/2018, (IPC000107-08) |

*Case number: 1:20-cv-00247-SRB  Continuation*          Page # 4
## DEFENDANT'S EXHIBIT INDEX

| Defendant's Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1028 | | | | Email string between John Exner and Evan Roth re attached Idaho Power Letter, 11/15/2018, 4 pp. (SB01684-87) |
| 1029 | | | | Email string between Shelli Stewart and Evan Roth re Cedar Grove, 12/11/2018, 3 pp., (SB01340-41) |
| 1030 | | | | Email string between Evan Roth and Shelli Stewart, 2/12/2018, 3 pp., (SB01345-47) |
| 1031 | | | | Email string between Shelli Stewart and Evan Roth re Selk, 12/13/2018, 3 pp., (IPC000247-49) |
| 1032 | | | | Email from Shelli Stewart to Evan Roth re Selk/Cedar Grove w/attached Draft letter to Idaho Power, 1/3/2019, 7 pp., (SB01302-08) |
| 1033 | | | | Letter from Evan Roth to Idaho Power/Shelli Stewart re Cedar Grove Warehouse. Inc., 1/8/2019, 7 pp., (SB00001-07) |
| 1034 | | | | Amended Notice of Deposition of Selkey Buhl, 5/14/2021, 4 pp. |
| 1035 | | | | Plaintiff's Responses to Defendant's 1st Set of Interrogatories, Requests for Production and Requests for Admission, 3/15/2021, 32 pp. |
| 1036 | | | | Email string among Devin Ogden, Aaron Girard, and Ray Selk re Seneca Foods Buhl Idaho, 3/30/2018, (SENECA000213-14) |
| 1037 | | | | Email from Devin Ogden to Evan Roth and Ray Selk re attached Buhl Seneca Facility – PSA Items, 7/1/2018, 47 pp., (SB00813-59) |
| 1038 | | | | Email string among Bob Severa, Devin Ogden, Evan Roth, and Mayor re Conference Call w/attached Seneca Facility Future Waste Water Fees, 7/11/2018, 4 pp., (SB00655-58) |

*Case number: 1:20-cv-00247-SRB  Continuation*  Page # 5

# DEFENDANT'S EXHIBIT INDEX

| Defendant's Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1039 | | | | Email string among Chris Bell, Shelli Stewart, and Evan Roth re attached Idaho Power Idaho Power Brochure, 10/12/2018, 21 pp., (IPC000184-204) |
| 1040 | | | | Email string among Chris Bell, Shelli Stewart, and Evan Roth re Electric Bill for Buhl Plant, 10/12/2018, 2 pp., (IPC000205-06) |
| 1041 | | | | Email string among Chris Bell, Shelli Stewart, Ray Selk, and Evan Roth re Idaho Power, 10/12/2018, 2 pp., (IPC000207-08) |
| 1042 | | | | Email from Devin Ogden to Ray Selk, Evan Roth, and Paul Palmby et al. re Update to Do List; Buhl Facility Purchase, 7/24/2018, 2 pp., (SENECA000395-96) |
| 1043 | | | | Email from Aaron Girard to Ray Selk re Memorandum of Understanding for Storage, 7/26/2018, 3 pp., (SENECA002050-52) |
| 1044 | | | | Idaho Power Bills – 4/23/2019-3/10/2021, 61 pp., (IPC000017-77 (not in Bates order)) |
| 1045 | | | | Customer Consent to Proceed with Facility Sales Price Determination, 2/5/2019, (SB00319) |
| 1046 | | | | Idaho Power Rule M – Facility Purchase Price, 3/1/2019, (SENECA000061) |
| 1047 | | | | Email from Devin Ogden to Scott Darling re Release of Escrow Funds for Payment of Power Separation – Seneca Foods and Selkey Buhl Transaction w/attached Splitting Electric Final Bill, 10/11/2018, 3 pp., (SENECA001839-41) |
| 1048 | | | | Email string among John Exner, Vicky Hill, Devin Ogden, and Selkey Buhl re 430 7th Ave S., Buhl, ID 83316 w/attached Electrical separation; Reimbursement Back up for Escrow, 5/7/2019, 12 pp., (SENECA000801-12) |
| 1049 | | | | Notice of Depo Duces Tecum – John Exner, 6/24/2021, 4 pp. |

*Case number: 1:20-cv-00247-SRB  Continuation*    Page # 6

# DEFENDANT'S EXHIBIT INDEX

| Defendant's Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1050 | | | | Idaho Power Company – Uniform Large Power Service Agreement, 2/10/1995, 6 pp., (IPC000010-15) |
| 1051 | | | | Rule B Definitions – IPC - 1/30/2009, 6 pp., (IPC000001-05) |
| 1052 | | | | Easement – Organization: Seneca Foods Corp., 4/26/2018, 5 pp., (IPC000273-77) |
| 1053 | | | | Photo – Power box and other equipment, (SB01738) |
| 1054 | | | | Distribution Facilities Investment Report, 1/31/2018, 5 pp., (IPC000147-50) |
| 1055 | | | | Email from Shelli Stewart to John Exner re Cedar Grove, 10/25/2018, 3 pp., (IPC000236-38) |
| 1056 | | | | Email from Shelli Stewart to John Exner re Selk w/attached Splitting Electrical Final Bill, 11/27/2018, 4 pp., (IPC000214-17) |
| 1057 | | | | Photos – Power box labels, 9 pp., (SENECA002055-59, 2061-63, 2086) |
| 1058 | | | | Notice of Taking of Deposition Duces Tecum – Devin Ogden, 6/24/2021, 4 pp. |
| 1059 | | | | Email string among Devin Ogden and Aaron Girard et al. re Cedar Grove Warehouse, 3/8/2018, 2 pp., (SENECA000207-08) |
| 1060 | | | | Defendant's Supplemental Expert Witness Disclosure, 4/20/2021, 6 pp. |
| 1061 | | | | Notice of Taking of Deposition Duces Tecum – Bob Severa, 6/24/2021, 4 pp. |
| 1062 | | | | Map – Land Title Survey, Parcel 1, 8/8/2018, (SB00097) |

113847958.5 0069269-00001

*Case number: 1:20-cv-00247-SRB  Continuation*   Page # 7

# DEFENDANT'S EXHIBIT INDEX

| Defendant's Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1063 | | | | Distribution Facilities Investment Report, 11/30/2018, (SB00425) |
| 1064 | | | | Amended Notice of Taking a Deposition Duces Tecum – Idaho Power, 6/24/2021, 5 pp. |
| 1065 | | | | Connie Aschenbrenner CV, (IPC000287) |
| 1066 | | | | Bryan Stonemets CV, (IPC000286) |
| 1067 | | | | Map - IPC Work Order drawing, 8 pp., (IPC000278-85) |
| 1068 | | | | Chris Bell CV, 2 pp., (IPC000288-89) |
| 1069 | | | | Rule M Facilities Charge Service, 2/1/2018, (IPC000016) |
| 1070 | | | | Cedar Grove Warehouse Notes – Chris Bell, 1/23/2019, 2 pp., (IPC000103-04) |
| 1071 | | | | Meter Reading/Service Chart, 2/2018 – 1/31/2021, (IPC000258) |
| 1072 | | | | Email from Shelli Stewart to John Exner re Cedar Grove – Available Capacity, 11/27/2018, (IPC000160-61) |
| 1073 | | | | Customer Consent for Non-Residential Accounts, (IPC000239) |
| 1074 | | | | Highlighted Maps: Parcels 1, 2 & Buildings; 3 pp. |
| 1075 | | | | Stipulation for Release of Escrow Funds, 8/30/21 |
| 1076 | | | | Idaho Power easements – 1934, 1958, 2 pp., (SENECA000048-49) |

Case number: 1:20-cv-00247-SRB  Continuation  Page # 8

# DEFENDANT'S EXHIBIT INDEX

| Defendant's Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1077 | | | | Rule B Definitions, 2/1/09, 2 pp., (IPC0000119-20) |
| 1078 | | | | Schedule 19 – Large Power Service, 1/19/11, 7 pp., (IPC0000128-34) |
| 1079 | | | | Schedule 66 Misc. Charges, 6/1/18, 4 pp., (IPC0000124-27) |
| 1080 | | | | Email string among Palmby, Ogden, and Exner et al. re PSA Draft from Selk, 6/7/18, 3 pp., (SENECA000274-76) |
| 1081 | | | | Email string among Paul Palmby and Devin Ogden et al. re Update with attachments re phase 1 information, 6/15/18, 5 pp., (SENECA000339-43) |
| 1082 | | | | Email from Devin Ogden to Paul Palmby and John Exner et al. re Report Back - Meeting with Ray's Attorney - property exclusion w/attachment, 6/25/18, 2 pp., (SENECA000380-85) |
| 1083 | | | | Aerial photo of property sold to Selkey Buhl, 8/1/18, (SENECA000010) |
| 1084 | | | | Email string among Ogden to Palmby and Girard et al. re Buhl Update/power separation, 8/1/18, 2 pp., (SENDECA000399-400) |
| 1085 | | | | Email string among Ogden and Palmby et al. re Buhl - Loose Ends Update, 8/15/18, 2 pp., (SENECA000633-34) |
| 1086 | | | | Email string among Ogden and Selk et al. re Buhl: Another Update, 8/23/18, 2 pp., (SENECA000737-38) |
| 1087 | | | | Email string among Severa, Exner, and Bell et al. re Electrical Separation and attached letter from Bell, 8/24/18, 4 pp., (SENECA000740-43) |
| 1088 | | | | Email from Roth to Paul Palmby et al. re Mason and Cornie close, 8/24/18, 3 pp., (SENECA002041-43) |

113847958.5 0069269-00001

Case number: 1:20-cv-00247-SRB  Continuation                              Page # 9
## DEFENDANT'S EXHIBIT INDEX

| Defendant's Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1089 | | | | Email string among Devin Ogden and Bob Severa et al. re Electrical separation/Mason paying half with attachment, 9/7/18, 4 pp., (SENECA000776-79) |
| 1090 | | | | Email from Evan Roth to Chris Bell re information discussed, 10/2/18, (IPC000106) |
| 1091 | | | | Email from Chris Bell to Evan Roth and Selk re taking over service at Seneca, 10/8/18, (IPC000116) |
| 1092 | | | | Email from Evan Roth to Bell re information on existing Seneca bill, 10/9/18, (IPC000109) |
| 1093 | | | | Email from Evan Roth to Chris Bell re not sending executed documents to Idaho Power, 10/9/18, 2 pp., (IPC000110-11) |
| 1094 | | | | Email string between Chris Bell and Evan Roth re customer energy usage can't be released without permission, 10/9/18, 2 pp., (IPC000114-15) |
| 1095 | | | | Email string among Mason, Severa, and Ray Selk re attached IPC invoices, 10/9/18, 4 pp., (SB002014-17) |
| 1096 | | | | Email from Devin Ogden to Scott Darling and Ray Selk et al. re Release of Escrow Funds for Payment of Power Separation - with attached electrical bill, 10/11/18, 3 pp., (SENECA001842-44) |
| 1097 | | | | Email from Ray Selk to Devin Ogden re Seneca paid IPC, 10/19/18, 2 pp., (SB002002-03) |
| 1098 | | | | Email from Selk to Ogden and Roth re Release of Escrow funds, 10/19/18, 2 pp., (SB01143-44) |
| 1099 | | | | Email from Evan Roth to John Exner et al. rereleasing information from IPC, 10/29/18, (IPC000142) |

113847958.5 0069269-00001

Case number: 1:20-cv-00247-SRB  Continuation                                    Page # 10

# DEFENDANT'S EXHIBIT INDEX

| Defendant's Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1100 | | | | Email from Roth to Shelli Stewart re updates/bill from Seneca, 3 pp., (IPC000154-56) |
| 1101 | | | | Email string between John Exner and Roth re disclosure disagreement, 10/30/18, 3 pp., (SENECA001542-44) |
| 1102 | | | | Seneca invoice/reimbursement back-up for escrow, 11/1/18, 8 pp., (SENECA001231-38) |
| 1103 | | | | Idaho Power Work Order Map – revision, 11/6/18, (IPC000291) |
| 1104 | | | | Idaho Power Work Order Map, 11/9/18, (IPC000290) |
| 1105 | | | | Email from Shelli Stewart to Evan Roth re attached Asset Detail Listing, 11/9/18, 5 pp., (IPC000305-09) |
| 1106 | | | | Letter from Chris Bell to Bob Severa re Work Order Facilities Charges, 11/10/18, (IPC000102) |
| 1107 | | | | Email string among John Exner and Roth et al. re attached reports from IPC, 11/14/18, 4 pp., (SENECA001573-76) |
| 1108 | | | | Email from John Exner to Evan Roth and Shelli Stewart re attached letter concerning reduction in monthly charges, 11/15/18, 3 pp., (SENECA001580-82) |
| 1109 | | | | Email string among John Exner and Evan Roth et al. re switching over the power w/attached letter from IPC, 11/27/18, 4 pp., (SENECA001590-93) |
| 1110 | | | | Letter from John Exner to IPC re Change of Ownership Notification to Idaho Power 11-30-18.pdf - attached Warranty Deed, 11/30/18, 10 pp., (SENECEA001595-1604) |

113847958.5 0069269-00001

*Case number: 1:20-cv-00247-SRB  Continuation*  Page # 11

# DEFENDANT'S EXHIBIT INDEX

| Defendant's Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1111 | | | | Email string among John Severa and Ray Selk et al. re attached IPC bill sent by mistake, 12/10/18, 5 pp., (SB001982-86) |
| 1112 | | | | Email from Shelli Stewart to Evan Roth re issues/disagreements with letter, 12/12/18, 5 pp., (IPC000299-304) |
| 1113 | | | | Email string among Evan Roth and Shelli Stewart et al. re past due amount, 12/13/18, 3 pp., (SB001351-53) |
| 1114 | | | | Email string among Evan Roth and Stewart et al. re Rule M Agreement, 12/13/18, 3 pp., (SB001358-60) |
| 1115 | | | | Email string among Evan Roth and Shelli Stewart et al. re executing Rule M Agreement, 12/13/18, 2 pp., (SB001365-66) |
| 1116 | | | | Email string among Evan Roth and Shelli Stewart et al. re past due billings, 12/14/18, 4 pp., (SB001370-73) |
| 1117 | | | | Email string among Evan Roth and Shelli Stewart et al. re negotiating Rule M, 12/21/18, 6 pp., (SB001378-83) |
| 1118 | | | | Email string among Shelli Stewart and Evan Roth et al. re Rule M, Large Load Line, 12/22/18, 4 pp., (SB001384-87) |
| 1119 | | | | Signed Rule M – Idaho Power, 1/2/19, 3 pp., (SB000438-40) |
| 1120 | | | | Email from Evan Roth to Shelli Stewart re Rule M, 1/3/19, 2 pp., (IPC000139-41) |
| 1121 | | | | Email from Evan Roth to Shelli Stewart re attached draft letter to IPC, 1/3/19, 4 pp., (SB01295-98) |

113847958.5 0069269-00001

Case number: 1:20-cv-00247-SRB  Continuation         Page # 12
## DEFENDANT'S EXHIBIT INDEX

| Defendant's Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1122 | | | | Letter from Evan Roth to Shelli Stewart re becoming an IPC customer, 1/8/19, 7 pp., (IPC000222-28) |
| 1123 | | | | Email string among Shelli Stewart and Evan Roth et al. re negotiating Rule M, 1/8/19, 4 pp., (SB01392-95) |
| 1124 | | | | Email string among Bob Severa, Karl Gesch, and Nancy Petross re power separation/different meters, 4/25/19, 3 pp., (SENECA001057-59) |
| 1125 | | | | Email string among John Exner and Vicky Hill et al. re electrical separation and release of withheld funds with attachments, 5/7/19, 12 pp., (SENECA001227-38) |
| 1126 | | | | Email from Exner to Vicky Hill and Evan Roth et al. re separation and escrow release of withheld funds, 5/13/19, 6 pp., (SENECA000856-61) |
| 1127 | | | | Email from Evan Roth to Vicky Hill et al. re attached Asset Detail, 5/13/19, 7 pp., (SENECA000849-55) |
| 1128 | | | | Letter from Chris Bell to Paul Johnson (Cedar Grove) re monthly charges and attached Investment report, 2/1/21, 12 pp., (SB00872-83) |
| 1129 | | | | Seneca Photos, 7/6/21, 37 pp., (SENECA002055-91) |
| 1130 | | | | Selkey Buhl Photos, 8 pp. (May, 2018), (SB001955-62) |
| 1131 | | | | Idaho Power/Seneca Invoices, various dates, (IPC000078-101) |
| 1132 | | | | New Assessor Map (SENECA000068) |

113847958.5 0069269-00001

*Case number: 1:20-cv-00247-SRB  Continuation*  Page # 13

## DEFENDANT'S EXHIBIT INDEX

| Defendant's Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1133 | | | | Plaintiff's Amended Responses to Defendant's First Set of Interrogatories, Requests for Production and Requests for Admission, 7/22/21, 11 pp. |
| 1134 | | | | |
| 1135 | | | | |
| 1136 | | | | |
| 1137 | | | | |
| 1138 | | | | |
| 1139 | | | | |
| 1140 | | | | |
| 1141 | | | | |
| 1142 | | | | |
| 1143 | | | | |
| 1144 | | | | |
| 1145 | | | | |
| 1146 | | | | |
| 1147 | | | | |
| 1148 | | | | |
| 1149 | | | | |