DAVID P. CLAIBORNE
[Idaho State Bar No. 6579]
KATIE L. VANDENBERG-VAN VLIET
[Idaho State Bar No. 10969]
SAWTOOTH LAW OFFICES, PLLC
Golden Eagle Building
1101 W. River Street, Ste. 110
Boise, Idaho 83702
Telephone: (208) 629-7447
Facsimile: (208) 629-7559
E-mail: david@sawtoothlaw.com
           katiev@sawtoothlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(SOUTHERN DIVISION)

| | |
|---|---|
| **SELKEY BUHL, LLC**, a Wisconsin limited liability company;<br><br>             Plaintiff/Counterdefendant,<br><br>vs.<br><br>**SENECA FOODS CORPORATION**, a New York corporation;<br><br>             Defendant/Counterclaimant. | Case No. 1:20-cv-00247-SRB<br><br>**PLAINTIFF'S SUBMISSION OF EXHIBIT LIST** |

**COMES NOW** Plaintiff Selkey Buhl, LLC ("Selkey Buhl"), by and through its attorneys of record, Sawtooth Law Offices, PLLC, and, **PURSUANT TO** the Court's *Amended Scheduling and Trial Order for Jury Trial* (Dkt. 32), hereby submits its Exhibit List for trial, which is attached hereto. The Exhibit List attached hereto reflected a descriptive list of the exhibits Selkey Buhl may seek to introduce and admit in evidence at trial. Selkey Buhl makes no representation that each and every identified item will be offered in to evidence, and by submitting this Exhibit List does not necessarily offer the same in evidence at this time. Selkey Buhl reserves the right to introduce other exhibits and seek admission of the same in evidence that are not identified for

purposes of rebuttal or for purposes of impeachment. Selkey Buhl further reserves the right to seek admission in to evidence of any exhibit identified by Defendant. Selkey Buhl may further seek the admission in to evidence at trial of any and all documents produced by the parties during the course of discovery in this action, and therefore Selkey Buhl reserves the right to amend and/or supplement the foregoing description of exhibits between now and the time of trial. Selkey Buhl may further prepare, introduce and seek admission in to evidence of documents illustrative of other evidence, whether by testimony or documentary.

      **DATED** this 1st day of February, 2022.

SAWTOOTH LAW OFFICES, PLLC

by: _____
David P. Claiborne

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following on this 1st day of February, 2022, by the following method:

**NICOLE C. HANCOCK**
**TAMARA L. BOECK**
**JENNIFER S. PALMER**
101 S. Capitol Blvd., Suite 1900
Boise, Idaho 83702
Telephone: (208) 389-9000
Facsimile: (208) 389-9040
E-Mail: nicole.hancock@stoel.com
   tami.boeck@stoel.com
   jenny.palmer@stoel.com

*Attorneys for Defendant*

[_] U.S. First Class Mail, Postage Prepaid
[_] U.S. Certified Mail, Postage Prepaid
[_] Federal Express
[_] Hand Delivery
[_] Facsimile
[X] iCourt / Electronic Mail or CM/ECF

SAWTOOTH LAW OFFICES, PLLC

by: _____
   David P. Claiborne

# UNITED STATES DISTRICT COURT
## District of Idaho

## Exhibit List

| Case Name: Selkey Buhl, LLC vs. Seneca Foods Corporation | Plaintiff's Attorney: David P. Claiborne |
| --- | --- |
| | Defendant's Attorney: Nicole C. Hanock |

| Docket No.: 1:20-cv-247-SRB | Trial Dates: March 14-23, 2022 | Courtroom Deputy: |
| --- | --- | --- |
| Presiding Judge: **Stephen R. Bough** | | Court Reporter: |

Party Offering Exhibits: Plaintiff Selkey Buhl, LLC

### Instructions

➢ Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
➢ A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with "ADM." A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
➢ Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
➢ More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | | | | | Purchase and Sale Agreement (Depo. Exh. 1) | |
| 2 | | | | | Warranty Deed (Depo. Exh. 2) | |
| 3 | | | | | Bill of Sale (Depo. Exh. 3) | |
| 4 | | | | | ALTA Survey (3 pages) (Depo. Exh. 23) | |
| 5 | | | | | Smaller version of an ALTA survey (Depo. Exh. 23-A) | |
| 6 | | | | | Photos (Depo. Exh. 8) | |
| 7 | | | | | Photos (Depo. Exh. 9) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 8 | | | | | I.P.U.C. No. 29, Tariff No. 101 entitled Rule B, Definitions, and 9 Rule M, Facilities Charge Service (Depo. Exh. 51) | |
| 9 | | | | | Idaho Power Company Uniform Large Power Service Agreement dated 2/10/1995 (Depo. Exh. 50) | |
| 10 | | | | | Easement between Seneca Foods Corporation and Idaho Power recorded 5/10/2018, with attached Exhibits A and B (Depo. Exh. 52) | |
| 11 | | | | | Copy of an ALTA Land Title Survey map (markup by Severa) (Depo. Exh. 62) | |
| 12 | | | | | Compilation of drawings titled Idaho Power Company Work Order Map, with attached Distribution Facilities Investment Report (Depo. Exh. 67) | |
| 13 | | | | | Idaho Power drawings, additional related to service separation (IPC00278-280; IPC00284-285; IPC00290-291) | |
| 14 | | | | | Distribution Facilities Investment Reports, dated 1/31/2018 and 11/30/2018, and spreadsheets (Depo. Exh. 54) | |
| 15 | | | | | Distribution Facilities Investment Report (dated 11/30/18) (Depo. Exh. 63) | |
| 16 | | | | | Customer Consent to Proceed with Facility Sales Price Determination dated 2/5/19 (Depo. Exh. 45) | |
| 17 | | | | | Idaho Power Company Rule M - Facility Purchase Price dated 3/1/19 (Depo. Exh. 46) | |
| 18 | | | | | Idaho Power Summary Compilation of Rule M Facilities Charge Service, dated 2/28/2018-1/31/2021; re: facilities charges (Depo. Exh. 69) | |
| 19 | | | | | Idaho Power Summary Compilation of Total Charges, dated 2/28/2018-1/31/2021; re: billing charges (Depo. Exh. 71) | |
| 20 | | | | | Idaho Power Invoices for Cedar Grove Warehouse, Inc. (Depo. Exh. 44) | |
| 21 | | | | | E-mail dated 1/8/19 with attachment (Depo. Exh. 4) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | | | | | Email chain between Devin Ogden and Aaron Girard, dated 3/8/2018 (Depo. Exh. 59) | |
| 23 | | | | | E-mails dated 3/28/18 and 3/30/18 (Depo. Exh. 36) | |
| 24 | | | | | E-mail dated 4/27/18 with attachment (Depo. Exh. 6) | |
| 25 | | | | | E-mail dated 4/30/18 with attachment (Depo. Exh. 7) | |
| 26 | | | | | E-mail dated 6/6/18 (Depo. Exh. 10) | |
| 27 | | | | | E-mail dated 6/7/18 with attachment (Depo. Exh. 11) | |
| 28 | | | | | E-mails dated 6/11/18 and 6/12/18 (Depo. Exh. 12) | |
| 29 | | | | | E-mail dated 6/12/18 with attachment (Depo. Exh. 13) | |
| 30 | | | | | E-mails dated 6/13/18 and 6/15/18 with attachment (Depo. Exh. 14) | |
| 31 | | | | | E-mail dated 6/25/18 with attachment (Depo. Exh. 15) | |
| 32 | | | | | E-mail dated 6/27/18 with attachment (Depo. Exh. 16) | |
| 33 | | | | | E-mail dated 7/1/18 with attachment (Depo. Exh. 37) | |
| 34 | | | | | E-mail dated 7/6/18 with attachment (Depo. Exh. 17) | |
| 35 | | | | | E-mails dated 7/11/18 with attachment (Depo. Exh. 38) | |
| 36 | | | | | E-mail dated 7/24/18 (Depo. Exh. 42) | |
| 37 | | | | | E-mails dated 7/25/18 and 7/24/18 (Depo. Exh. 19) | |
| 38 | | | | | Letter dated 7/26/18 with attachment (Depo. Exh. 43) | |
| 39 | | | | | E-mail dated 8/1/18 (Depo. Exh. 21) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | | | | | E-mails dated 8/3/18, 8/2/18, 7/10/18, 7/9/18, 7/5/18, and 6/28/18 with attachments (Depo. Exh. 20) | |
| 41 | | | | | E-mail dated 8/17/18 with attachment (Depo. Exh. 22) | |
| 42 | | | | | E-mail dated 8/22/18 (Depo. Exh. 24) | |
| 43 | | | | | E-mails dated 10/3/18 (Depo. Exh. 27) | |
| 44 | | | | | E-mails dated 10/3/18 with attachment (Depo. Exh. 39) | |
| 45 | | | | | E-mails dated 10/3/18 (Depo. Exh. 40) | |
| 46 | | | | | E-mails dated 10/8/18 (Depo. Exh. 41) | |
| 47 | | | | | E-mails dated 10/9/18, 7/10/18, 7/9/18, 7/5/18, and 6/28/18 (Depo. Exh. 18) | |
| 48 | | | | | E-mails dated 10/9/18 (Depo. Exh. 25) | |
| 49 | | | | | E-mail dated 10/11/18 with attachment (Depo. Exh. 47) | |
| 50 | | | | | E-mail string between John Exner and Shelli Stewart dated 10/25/2018 (Depo. Exh. 55) | |
| 51 | | | | | E-mails dated 11/7/18 and 11/14/18 with attachment (Depo. Exh. 26) | |
| 52 | | | | | E-mails dated 11/7/18, 11/14/18, and 11/15/18 with attachment (Depo. Exh. 28) | |
| 53 | | | | | E-mails dated 11/14/18 and 11/7/18 with attachment (IPC00244-246) | |
| 54 | | | | | E-mail string, with the top email to John Exner from Shelli Stewart dated 11/27/2018, with attached Idaho Power bill (Depo. Exh. 56) | |
| 55 | | | | | E-mail to John Exner from Shelli Stewart, dated 11/27/2018, with attached letter (Depo. Exh. 72) | |
| 56 | | | | | E-mails dated 12/10/18 and 12/11/18 (Depo. Exh. 29) | |
| 57 | | | | | E-mails dated 12/11/18 and 12/12/18 309 (Depo. Exh. 30) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | | | | | E-mails dated 12/12/18 and 12/13/18 (Depo. Exh. 31) | |
| 59 | | | | | E-mails dated 12/12/18 and 1/3/19 with attachment (Depo. Exh. 32) | |
| 60 | | | | | Letter dated 1/8/19 with attachment (Depo. Exh. 33) | |
| 61 | | | | | E-mails dated 5/7/19, 9/7/18, 9/4/18, 9/1/18, 2/7/19, 2/6/19, and 12/14/18 with attachment (Depo. Exh. 48 | |
| 62 | | | | | Deposition of Evan Roth, taken May 19, 2021 | |
| 63 | | | | | Deposition of Selkey Buhl, LLC and Ray Selk, taken May 20, 2021 | |
| 64 | | | | | Deposition of John Exner, taken July 26, 2021 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |