Nicole C. Hancock, ISB No. 6899
*nicole.hancock@stoel.com*
Tamara L. Boeck, ISB No. 8358
*tami.boeck@stoel.com*
Jennifer S. Palmer, ISB No. 11136
*jenny.palmer@stoel.com*
STOEL RIVES LLP
101 S Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Defendant/Counterclaimant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SELKEY BUHL, LLC, a Wisconsin limited liability company,<br><br>　　　　　Plaintiff/Counterdefendant,<br><br>　　v.<br><br>SENECA FOODS CORPORATION, a New York corporation,<br><br>　　　　　Defendant/Counterclaimant. | Case No. 1:20-cv-00247-SRB<br><br>**STIPULATION OF UNCONTROVERTED FACTS** |

Plaintiff/Counterdefendant Selkey Buhl, LLC ("Selkey Buhl") and Defendant/Counterclaimant Seneca Foods Corporation ("Seneca") jointly submit this Stipulation of Uncontroverted Facts pursuant to the Court's Amended Scheduling and Trial Order for Jury Trial (ECF No. 32).

**Rule M Background**

1.　Idaho Power Company ("Idaho Power") generally delivers power up to the point of delivery.  After the point of delivery, it is generally the customer's obligation to bring power past

STIPULATION OF UNCONTROVERTED FACTS - 1

the point of delivery and move it about the customer's property.

2.    One method Idaho Power offers to customers to bring power beyond the point of delivery is Rule M, where Idaho Power will provide the facilities necessary to transform power to a voltage for the customer's use in exchange for a monthly facilities charge.  Rule M charges are synonymous with facilities charges.  Facilities charges are the total charge that a customer pays in exchange for Idaho Power designing, installing, owning, and operating facilities located beyond the point of delivery, and not based on the customer's usage of electricity.  Facilities charges are calculated using a rate that has been approved by the Idaho Public Utilities Commission ("PUC").  More specifically, the PUC has approved a rate of 1.41% for facilities less than 31 years old.  That rate is applied against the original install cost of the facility, and that's the monthly charge that is assessed.  The original install cost includes the cost of equipment; labor to install the equipment; design and engineering; and whatever may have been on the work order necessary to complete the project.  Customers do not acquire any ownership rights through these payments.

3.    Idaho Power estimates that the number of Rule M customers in 2012 was approximately 240, and remains in the hundreds today.  For other customers that are not on the Rule M tariff, Idaho Power owns all equipment up to the point of delivery and the customers own everything after the point of delivery.

4.    Seneca never had a signed, written Rule M agreement with Idaho Power; however, Seneca was subject to Rule M facility charges pursuant to PUC rules and orders, in addition to its 1995 Uniform Large Power Service Agreement that pre-dated today's version of the Rule M agreement.  In 2012, the PUC issued Order No. 32426 in Case No. IPC-E-11-08 ("Rule M Order") approving Rule M to consolidate facility charge rules.  However, at the time the Order was entered, Idaho Power had approximately 240 customers taking the Facility Charge Service.  The

STIPULATION OF UNCONTROVERTED FACTS - 2

Commission's Rule M Order required Idaho Power to provide a copy of the Rule M Form to existing customers to make them aware of the option to purchase facilities; however, not all existing Facility Charge Service customers elected to sign the Rule M Form.  It appears based on Idaho Power's records that Seneca was one of those customers.  However, Idaho Power located a copy of the Uniform Large Power Service Agreement between Idaho Power and Seneca executed on February 10, 1995 which set forth the terms of service, including Facility Charge Service, pursuant to Idaho Power Tariff Schedule 19 in effect as of that date.

5. Seneca paid monthly facility charges to Idaho Power while it owned the Seneca Whole Property (defined below), which was reflected as a separate line item on its monthly Idaho Power bill.

**Property**

6. Seneca owned property in Twin Falls County, Idaho (the "Seneca Whole Property") that included a farm, processing facilities, and storage warehouses and warehouse administrative buildings.

7. Prior to 2018, Seneca stopped operating its processing plant and listed the Seneca Whole Property for sale.

8. Seneca sold agricultural equipment buildings and a portion of the warehouse administrative buildings to a company called Mason & Cornie, thereby subdividing the Seneca Whole Property.

9. The remaining portion of the property that contained the farm and warehouse storage buildings was the portion sold to Selkey Buhl and that makes up the subject of the lawsuit ("Property").  More specifically, the Property included approximately 223,949 +/- square feet of frozen cold storage space, 8,000 +/- square feet of dry storage space, and 112,015 +/- square feet

STIPULATION OF UNCONTROVERTED FACTS - 3

of cold storage, situated on 99+/- acres of land. Various personal property was also included in the sale through the Bill of Sale.

### Purchase & Sale and Diligence

10. Selkey Buhl and Seneca entered into a Purchase and Sale Agreement ("PSA") dated August 3, 2018, by which Seneca would sell Selkey Buhl the Property.

11. On or around August 30, 2018, the deal closed and Selkey Buhl acquired ownership of the Property from Seneca through a Warranty Deed.

12. A Bill of Sale was also executed as part of this purchase and sale for the personal property included as part of the sale.

13. Bob Severa was the plant manager at Seneca's food processing facility plant (the Buhl plant) from 2003 to 2018.

14. John Exner was Seneca's General Counsel and Assistant Secretary during the purchase and sale time period. He is now Seneca's General Counsel and Secretary.

15. Devin Ogden of Colliers is a realtor that acted as an agent for Seneca.

16. Evan Roth was Selkey Buhl's transaction legal counsel.

17. Ray Selk is Selkey Buhl's manager.

18. Jodi Sommer is Selkey Buhl's controller and a certified public accountant.

19. Andy Selk is Ray Selk's son.

20. Selkey Buhl is the entity that purchased the warehouse and associated personal property from Seneca, and remains the owner of said property today. Cedar Grove Warehouse Inc. ("Cedar Grove") is currently leasing the warehouse from Selkey Buhl, and is paying the Idaho Power bill, including the facilities charge, as part of its lease. Cedar Grove is a sister warehouse and logistics company to Selkey Buhl, whereas Selkey Buhl and Cedar Grove are both owned by

Selk Holdings, Inc.  Ray Selk, is a majority owner of Selk Holdings, Inc., and is the manager of both Selkey Buhl and Cedar Grove.

21.	Selkey Buhl's transaction team consisted of Selk, Roth, Andy Selk, and Jodi Sommer.  Ray Selk was the primary party responsible for negotiating and investigating the transaction for Selkey Buhl, and had ultimate responsibility for approving the transaction and deciding to close on the sale of the Property.

22.	On or around May 31, 2018, Severa gave Selk and Roth a tour of the Property.

23.	Idaho Power owns transmission boxes, utility poles, and lines on the Property (the "Facilities").  During the investigation period, Selkey Buhl commissioned ALTA to do a survey that was completed prior to Selkey Buhl's closing on the purchase of the Property.

24.	Instrument No. 2018-007236 in Twin Falls County, Idaho is a permanent and perpetual easement and right of way granted to Idaho Power ("Easement").

### Post-Close

25.	Following Selkey Buhl's purchase of the Property, Cedar Grove started receiving Idaho Power bills with facility charges of $7,513.01 per month that then reduced to $6,916.42 and later $6,684.21 per month.

26.	On or around January 22, 2019, Selkey Buhl requested that Idaho Power provide the price for Selkey Buhl to buy out the Facilities.  Idaho Power provided a buyout quote dated March 1, 2019, showing a total sales price of $649,599.

27.	If Selkey Buhl bought the Facilities, which requires PUC approval, it would continue to incur costs for maintaining and servicing the transmission and electrical equipment, including any replacement needed.

28.	Selkey Buhl entered a Rule M agreement with Idaho Power, which requires Idaho

STIPULATION OF UNCONTROVERTED FACTS - 5

Power to service, maintain and replace the electrical equipment subject of the facilities charges, and Selkey Buhl continues to pay the monthly charge instead of removing or buying out the Facilities.

DATED: February 3, 2022.

        STOEL RIVES LLP

        /s/ Nicole C. Hancock
        Nicole C. Hancock
        Tamara L. Boeck
        Jennifer S. Palmer

        Attorneys for Defendant/Counterclaimant

DATED: February 3, 2022.

        SAWTOOTH LAW OFFICES, PLLC

        /s/ David P. Claiborne
        David P. Claiborne

        Attorneys for Plaintiff/Counterdefendant

## CERTIFICATE OF SERVICE

      I hereby certify that on February 3, 2022, I served a copy of the foregoing **STIPULATION OF UNCONTROVERTED FACTS** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

      David P. Claiborne – david@sawtoothlaw.com

      Evan T. Roth – evan@sawtoothlaw.com

      Katie L. Vandenberg – katiev@sawtoothlaw.com

      *Attorney for Plaintiff*

      /s/ Nicole C. Hancock
      Nicole C. Hancock
      Tamara L. Boeck
      Jennifer S. Palmer