DAVID P. CLAIBORNE
[Idaho State Bar No. 6579]
KATIE L. VANDENBERG-VAN VLIET
[Idaho State Bar No. 10969]
SAWTOOTH LAW OFFICES, PLLC
Golden Eagle Building
1101 W. River Street, Ste. 110
Boise, Idaho 83702
Telephone: (208) 629-7447
Facsimile: (208) 629-7559
E-mail: david@sawtoothlaw.com
katiev@sawtoothlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(SOUTHERN DIVISION)

| | |
|---|---|
| **SELKEY BUHL, LLC**, a Wisconsin limited liability company;<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>**SENECA FOODS CORPORATION**, a New York corporation;<br><br>Defendant/Counterclaimant. | Case No. 1:20-cv-00247-SRB<br><br>**STIPULATION AS TO ADMISSIBILITY OF EVIDENCE** |

**COME NOW** Plaintiff Selkey Buhl, LLC ("Selkey Buhl"), by and through its attorneys of record, Sawtooth Law Offices, PLLC, and the Defendant, Seneca Foods Corporation ("Seneca"), by and though its attorneys of record, Stoel Rives, LLP, and, **PURSUANT TO** the Court's *Amended Scheduling and Trial Order for Jury Trial* (Dkt. 32), hereby STIPULATE with respect to admissibility of evidence at trial as follows:

1. The parties stipulate to authenticity and to foundation as to Selkey Buhl's Exhibit Nos. 1, 2 and 3, and as to Seneca's Exhibit Nos. 1001, 1002, and 1003. The parties reserve all other objections with respect to said exhibits.

    2.    The parties stipulate to authenticity only as to all other exhibits of Selkey Buhl and of Seneca, with the exception of those described in paragraph 3 below.  The parties reserve all other objections, including as to foundation, with respect to said exhibits.

    3.    The parties reserve all objections, including as to authenticity and as to foundation, as to the following –

    a.    Selkey Buhl Exhibit Nos. 8, 9, 10, 12, 13, 14, 15, 17, 18, 19, 20, 43-46, 50-56, 58, and any other exhibit with an "IPC" Bates stamp; and

    b.    Seneca Exhibit Nos. 1023, 1026, 1027, 1031, 1039, 1040, 1041, 1050, 1051, 1052, 1054, 1055, 1056, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074, 1077, 1078, 1079, 1090, 1091, 1092, 1093, 1094, 1099, 1100, 1103, 1104, 1105, 1106, 1112, 1120, 1122, 1131, and any other exhibit with an "IPC" Bates stamp.

    4.    All other evidentiary objections of each party are expressly reserved.

DATED:  February 3, 2022.

                                        STOEL RIVES LLP

                                        /s/ *Nicole C. Hancock*
                                        Nicole C. Hancock
                                        Tamara L. Boeck
                                        Jennifer S. Palmer

                                        Attorneys for Defendant/Counterclaimant

DATED:  February 3, 2022.

                                        SAWTOOTH LAW OFFICES, PLLC

                                        /s/ *David P. Claiborne*
                                        David P. Claiborne
                                        Attorneys for Plaintiff/Counterdefendant

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served on the following on this 3rd day of February, 2022, by the following method:

| | |
|---|---|
| **NICOLE C. HANCOCK**<br>**TAMARA L. BOECK**<br>**JENNIFER S. PALMER**<br>101 S. Capitol Blvd., Suite 1900<br>Boise, Idaho 83702<br>Telephone: (208) 389-9000<br>Facsimile: (208) 389-9040<br>E-Mail: nicole.hancock@stoel.com<br>        tami.boeck@stoel.com<br>        jenny.palmer@stoel.com<br>*Attorneys for Defendant* | [__] U.S. First Class Mail, Postage Prepaid<br>[__] U.S. Certified Mail, Postage Prepaid<br>[__] Federal Express<br>[__] Hand Delivery<br>[__] Facsimile<br>[ X ] iCourt / Electronic Mail or CM/ECF |

                                          SAWTOOTH LAW OFFICES, PLLC

                          by: _____
                                David P. Claiborne